IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. 06-00178-CG |
| ) | |
| RODERICK S. DEITS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the court on the petition of Donna Lynn (Bonzo) Horne for hearing on the order of forfeiture (Doc. 55), movant's motion to dismiss (Doc. 58) and the government's response thereto (Doc. 66). In its response, the government moves for the court to vacate its preliminary order of forfeiture as to the in personam criminal forfeiture proceeding.

Upon due consideration of the matters presented, the government's motion to vacate and the movant's motion to dismiss are hereby **GRANTED**. Therefore, the residence and real property located at 12530 River Creek Drive, Fairhope, Alabama is dismissed from the order of forfeiture issued on June 11, 2007 (Doc. 46).[1]

**DONE and ORDERED** this 19th day of February, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In light of the court's ruling, the movant's petition for hearing (Doc. 55) is deemed to be MOOT.