**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No. 06-00178-CG** |
| | * | |
| **RODERICK S. DEITS** | * | |

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on June 11, 2007, this Court entered an Order of Forfeiture, ordering defendant Roderick S. Deits' interest forfeited in assets identified therein; and

**WHEREAS**, the United States caused to be published in *The Press-Register*, a newspaper of general circulation in the Southern District of Alabama, notice of this forfeiture and of the intent of the United States to dispose of the assets in accordance with the law and as specified in the Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

**WHEREAS**, the petition filed by Donna Lynn Bonzo Horne has been resolved by Order of this Court dismissing the residence and real property from the Order of Forfeiture on February 19, 2008; and

**WHEREAS**, no other third-parties have come forward to assert an interest in the property in the time required under Title 21, United States Code, Section 853(n)(2); and

**WHEREAS**, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Sections 841(a)(1) and 853, and Title 18, United States Code, Section 924(d);

**NOW, THEREFORE**, the Court having considered the matter and been fully advised in the premises, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924(d) the firearms listed below are forfeited to the United States of America:

1. Ruger .22 caliber revolver, Model: New Model Single Six; Serial No. 66-68775
2. Rossi .223 rifle, Model: R223YMB; Serial No. AS009609
3. Henry .22 magnum rifle; Serial No. GB025979M
4. Remington 30-06 rifle; Model: Woodmaster 742; Serial No. A7386100
5. High Standard .22 Revolver; Model: Sentinel Deluxe; Serial No. I452413
6. Norinco 7.62 mm rifle; Model: NHM91; Serial No. 9305493
7. Walther .22 pistol; Model: P22; Serial No. L019224
8. Taurus .22 pistol; Model: PT-22; Serial No. ARF82875
9. Marlin 30-30 rifle; Model: 336W; Serial No. 96034787
10. Bersa .380 pistol; Model: Thunder 380; Serial No. 493307
11. Ruger .22 revolver; Model: New Model Single Six; Serial No. OBLITERATED
12. Henry .44 magnum rifle; Model 44 SPL; Serial No. BB11618
13. Rohm .22 revolver; Model RG10S; Serial No. 19064
14. Marlin .22 rifle; Model 17264764; Serial No. 17264764
15. Rohm .22 revolver; Model RG10; Serial No. 41136
16. Norinco 7.62 mm rifle, Model SKS; Serial No. 1618420
17. Taurus .45 pistol; Model PT145; Serial No. NUG69964
18. Ruger .44 magnum revolver; Model Redhawk; Serial No. 501-66620

19. A firearm barrel for .410 gauge Snake Charmer shotgun; a lower receiver of a .410 gauge Snake Charmer shotgun; a .22 caliber revolver cylinder

20. Leinad 9 mm pistol, Model PM-11, Serial No. 94-0026066

21. Hi-Point 9 mm rifle, Model 995, Serial No. B22981

22. Para-Ordinance 45 caliber pistol, Serial No. P111946

23. Makarov 9 mm pistol, Serial No. SHO7812

24. Snake Charmer .410 gauge shotgun lower receiver, Serial No. OBLITERATED

25. Remington .20 gauge shotgun, Model 870LW, Serial No. V099981U

26. New England Arms .12 gauge shotgun, Model SB1, Serial No. NB298439

27. Smith and Wesson 9 mm pistol, Model 459, Serial No. A757416.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Gloria A. Bedwell.

This 5th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE